JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINETTE WHITE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WALMART, a Delaware Corporation; DOES 1-20, Inclusive,<br><br>　　　　　Defendants. | Case No.: 2:24-cv-01711 CV (DFMx)<br><br>**ORDER RE NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**<br>[DOC. # 35] |

On June 25, 2026, the parties filed a Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1), in which they stipulated to the dismissal of this action with prejudice. Doc. #35 ("Stipulation"). The Court, having reviewed the Stipulation and good cause having been found, GRANTS the Stipulation and ORDERS AS FOLLOWS: this action is hereby dismissed in its entirety, with prejudice.

**IT IS SO ORDERED.**

Dated: 7/7/25

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE